# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL FORD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:19-cv-00256-AGF |
| | ) | |
| RICHARD JENNINGS, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner Richard Jennings' motion for leave to proceed in forma pauperis on appeal. (Docket No. 7). In habeas cases, petitioners do not need to seek leave to proceed in forma pauperis on appeal when they have previously been granted in forma pauperis status. *See* Fed. R. App. P. 24(a) (stating that a "party who was permitted to proceed in forma pauperis in the district-court action…may proceed on appeal in forma pauperis without further authorization"). On March 12, 2019, the Court granted petitioner's initial motion for leave to proceed in forma pauperis. (Docket No. 3). As such, his motion to proceed in forma pauperis on appeal will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis on appeal is **DENIED AS MOOT**.

Dated this 7th day of January, 2020.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE